UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE APPLICATION OF THE FEDERAL REPUBLIC OF )
NIGERIA FOR AN ORDER PERMITTING )
MISCELLANEOUS DISCOVERY IN AID OF A FOREIGN )
PROCEEDING PURSUANT TO 28 U.S.C. § 1782 )
                                             )
vs.                            Plaintiff(s)   )   Case No. _____
                                             )
                                             )
                                             )
                                             )
                                           Defendant(s)   )

## REQUEST FOR ADMISSION PRO HAC VICE

       I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: Andrew M. Hetherington

2. State bar membership number: N/A

3. Business address, telephone and fax numbers:

    Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C
    1615 M Street NW, Suite 400, Washington, DC 20036
    Tel: 202-326-7900
    Fax: 202-326-7999

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

    See Attachment A

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body? ☐ Yes ☒ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies? ☐ Yes ☒ No
    (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court? ☒ Yes ☐ No

    A check for $50 should be made payable to the U.S. District Court Clerk.
    (United States Government Attorneys are exempted from paying this fee.)

    DATED this __11__ day of __FEBRUARY, 2020__.

    _____
    Signature of Applicant

005/rvsd 06-04

**EXHIBIT 1**

**Attachment A**

| JURISDICTION | DATE OF ADMISSION | ATTORNEY/BAR NUMBER |
|---|---|---|
| New York | 05/18/2004 | 4213179 |
| District of Columbia | 12/6/2004 | 490434 |
| U.S. Supreme Court | 6/16/2008 | 268423 |
| U.S. Court of Appeals for the First Circuit | 3/25/2008 | 125045 |
| U.S. Court of Appeals for the Sixth Circuit | 12/8/2004 | N/A |
| U.S. District Court for the District of Colorado | 6/13/2013 | N/A |
| U.S. District Court for the District of Columbia | 1/8/2007 | 490434 |
| U.S. District Court for the District of Maryland | 12/5/2011 | 18286 |
| U.S. District Court for the Southern District of New York | 7/21/2008 | AH7948 |
| U.S. District Court for the Western District of Tennessee | 5/14/2015 | N/A |
| New York Supreme Court | 3/18/2004 | N/A |