# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE APPLICATION OF THE § <br> FEDERAL REPUBLIC OF NIGERIA § <br> FOR AN ORDER PERMITTING § <br> MISCELLANEOUS DISCOVERY IN § <br> AID OF A FOREIGN PROCEEDING § <br> PURSUANT TO 28 U.S.C. § 1728 § | Misc. Action No. MC-20-00002-JD |

## ORDER

Before the Court is the Motion to Admit Andrew M. Hetherington Pro Hac Vice for Purposes of the Above-Styled Action [Doc. No. 5].

The Court **GRANTS** the Motion, provided counsel, as instructed by LCvR83.2(g), submits an ECF registration form and, upon activation, electronically files an entry of appearance consistent with LCvR83.4.

**IT IS SO ORDERED** this 13th day of February 2020.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE